# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY NELSON,<br><br>    Plaintiff,<br><br>  vs.<br><br>CU RECOVERY,<br><br>    Defendants. | CASE NO.:  1:20-cv-00615 NONE JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT (Doc. 7) |

The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 7 Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than August 21, 2020**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:  **June 25, 2020**              **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE