NICHOLAS M. WAJDA (State Bar #259178)
WAJDA LAW GROUP, APC
6167 Bristol Parkway
Suite 200
Culver City, California 90230
Telephone: (310) 997-0471
Email: nick@wajdalawgroup.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY W. NELSON,<br><br>          Plaintiff,<br><br>     v.<br><br>CU RECOVERY, INC.,<br><br>          Defendant. | Case No. 1:20-cv-00615-JLT<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO ASSIGN A DISTRICT JUDGE TO THIS CASE**<br><br>**ORDER CLOSING THIS ACTION**<br><br>**(Doc. 9)** |

The parties have settled their case and have stipulated to the action being dismissed with prejudice. (Doc. 9) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to assign a district judge to this case for the purpose of closing this action and to close this case.

IT IS SO ORDERED.

   Dated: __August 21, 2020__                     __/s/ Jennifer L. Thurston__
                                                   UNITED STATES MAGISTRATE JUDGE